DECKER et al. v. NEW YORK REALTY OWNERS. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Appeal from Trial Term, New York County. Action by Emma Decker and another, as administrators of the estate of Peter Decker, deceased, against the New York Realty Owners, a corporation. From a judgment dismissing the complaint, plaintiffs appeal. Affirmed. Renwick F. H. Macdonald, of New York City, for appel-

lants. Clarence Alexander, of New York City, for respondent.

PER CURIAM. Judgment affirmed with costs, on the authority of Cass v. Realty Securities Co., 148 App. Div. 96, 132 N. Y. Supp. 1074, affirmed 206 N. Y. 649, 99 N. E. 1105.

HOTCHKISS, J. (concurring). If the decision about· to be made is good law, then thousands of holders of various forms of income bonds, and of bonds providing for fixed rates of interest, with participation in profits or in assets on dissolution, or in both, will be in jeopardy of having what they bought for obligations being turned into mere certificates of interest. But, as I cannot distinguish·this case from Cass v. Realty Securities Co., 148 App. Div. 96, 132 N. Y. Supp. 1074, I concur in the result.